UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES EDWARD LYNCH<br><br>        Defendant. | 2:04-CR-387-LRH-GWF |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#80) on December 14, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: DORIS BERZANSKI
    Amount of Restitution: $107,000.00

    Name of Payee: ROBERT DARDIS
    Amount of Restitution: $30,000.00

    Name of Payee: JAMES AND IRENE GOLFF
    Amount of Restitution: $30,000.00

    Name of Payee: BYRON W. CHERRY
    Amount of Restitution: $300.00

**Total Amount of Restitution ordered:** $167,300.00**

***Joint and Several with co-defendants Scott Edward Lynch and Rickey Wayne Sessions in the amount of $167,300.00

Dated this \_\_\_14\_\_\_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE